United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Carsten Schuer, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 23-61130-Civ-Scola |
| | ) |
| Morrison Express Corporation | ) |
| (U.S.A.), a foreign profit | ) |
| corporation, Defendant. | ) |

### Order of Dismissal

The parties have dismissed this suit with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal, ECF No. 28.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on December 27, 2023.

_____
Robert N. Scola, Jr.
United States District Judge